IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARYL JOSEPH JOHNSON, ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 06-381 |
| ) | |
| HARRY E. WILSON, et al., ) | |
|     Respondents. ) | |

**O R D E R**

AND NOW, this 26th day of April, 2006, after a petition for a writ of habeas corpus was filed by the petitioner, Daryl Joseph Johnson, and after the Report and Recommendation of the United States Magistrate Judge was issued, and the petitioner was granted ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the petitioner, and after independent review of the petition and the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the petition of Daryl Joseph Johnson for a writ of habeas corpus is dismissed, and that a certificate of appealability is denied, as the petition is time-barred.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the F.R.App.P., if the petitioner desires to appeal from this Order, he must do so within thirty (30) days by filing a notice of appeal as provided by Rule 3 F.R.App.P.

                                              s/Arthur J. Schwab
                                              United States District Judge

cc:   as listed below

Daryl Joseph Johnson
CP-62344
SCI Fayette
P.O. Box 9999
LaBelle, PA 15450

Honorable Robert C. Mitchell
United States Magistrate Judge